**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6417**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MATHEW RYAN BYRD,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:19-cr-00080-1)

Submitted:  February 1, 2024                    Decided:  February 16, 2024

Before WILKINSON and AGEE, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mathew Ryan Byrd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mathew Ryan Byrd appeals the district court's order denying his fourth motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Byrd*, No. 3:19-cr-00080-1 (S.D. W. Va. Apr. 12, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*